UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CLINT BRYANT, et al.,

    Plaintiffs,

v.

                      Case No. 19-cv-0050-bhl

BMW OF NORTH AMERICA LLC,

    Defendant.

---

## ORDER
---

On May 17, 2021, the plaintiffs filed an unopposed motion to amend the scheduling order. This is the fourth recent request to modify the schedule. The Court will grant this motion, but **further requests will likely not be permitted**. Accordingly,

**IT IS HEREBY ORDERED**:

1. Plaintiffs' unopposed motion to amend the scheduling order, ECF No. 68, is **GRANTED**.
2. Defendant's expert reports are now due on or before **June 8, 2021**.
3. All discovery must be completed on or before **June 16, 2021**.
4. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L. R. 7 and shall be served and filed on or before **July 30, 2021**.

Dated at Milwaukee, Wisconsin on May 18, 2021.

                                                              s/ Brett H. Ludwig
                                                              BRETT H. LUDWIG
                                                              United States District Judge